[No. 11983–4–I.   Division One.   August 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL
W. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–1–00162–1, Byron L. Swedberg, J.,
entered June 15, 1982. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Durham, A.C.J., and Cal-
low, J.

[No. 5789–1–II.   Division Two.   August 4, 1983.]

MARGRITH E. BEAL, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 281541, Thomas R. Sauriol, J., entered
December 30, 1980. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5275–3–III.   Division Three.   August 4, 1983.]

*In the Matter of the Marriage of* HANS E. NILSON,
*Appellant, and* ELIZABETH A. NILSON,
*Respondent.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 22886, James R. Thomas, J., entered
July 8, 1982. *Affirmed* by unpublished opinion per Munson,
J., concurred in by Roe, C.J., and McInturff, J.